B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re **QR Properties, LLC**
Debtor

Case No. **10-45514**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 6,000,000.00 | | |
| B - Personal Property | YES | 2 | $ 35,000.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 19,415,924.45 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 11 | $ 6,035,000.00 | $ 19,415,924.45 | |

B6A (Official Form 6A) (12/07)

In re: **QR Properties, LLC**  
　　　　　Debtor

Case No. **10-45514**  
　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 354B Great Road and Skyline Drive, Acton, MA | Fee Owner | | $6,000,000.00 | $19,415,924.45 |
| | | Total ➤ | $6,000,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re QR Properties, LLC                              ,                    Case No. 10-45514
                         Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **QR Properties, LLC** , Debtor                Case No. **10-45514** (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Contingent permits to construct housing | | unknown |
| Licenses, franchises, and other general intangibles. Give particulars. | | Permit to operate golf course | | unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | furniture, fixtures and equipment | | 35,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_1_ continuation sheets attached      Total >  **$ 35,000.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  QR Properties, LLC                                              ,   Case No.  10-45514
                          Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Brie Consulting Corp <br> c/o Ronayne Hackling & Rolla <br> 441 Sawmill River Road <br> Yonkers, NY 10701 | | | Mortgage <br> 354B Great Road and Skyline Drive, Acton, MA <br><br> VALUE $6,000,000.00 | | | | 1,408,302.00 | 1,408,302.00 |
| ACCOUNT NO. <br> Craig Palmer <br> 8 Franklin Place <br> Acton, MA 01720 | | | Mortgage <br> 354B Great Road and Skyline Drive, Acton, MA <br><br> VALUE $6,000,000.00 | | | | 64,036.00 | 64,036.00 |
| ACCOUNT NO. <br> Gloria W. Palmer, Trustee <br> Palmer Family Trust <br> 352 Great Road <br> Acton, MA 01720 | | | Mortgage <br> 354B Great Road and Skyline Drive, Acton, MA <br><br> VALUE $6,000,000.00 | | | | 3,900,000.00 | 3,900,000.00 |
| ACCOUNT NO. <br> John L. Spencer <br> 40 Lewis Farm Road <br> Duxbury, MA 02332 | | | Mortgage <br> 354B Great Road and Skyline Drive, Acton, MA <br><br> VALUE $6,000,000.00 | | | | 64,036.00 | 64,036.00 |

2   continuation sheets attached

Subtotal ➤
(Total of this page)                     $ 5,436,374.00   $ 5,436,374.00

Total ➤
(Use only on last page)                  $                $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re QR Properties, LLC      Case No. 10-45514
     Debtor      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lia Grasso<br>PO Box 454<br>Waccabuc, NY 10597 | | | Mortgage<br>354B Great Road and Skyline Drive, Acton, MA<br><br>VALUE $6,000,000.00 | | | | 812,754.00 | 812,754.00 |
| ACCOUNT NO.<br>Mario F. Rolla<br>7 Thompson Road<br>Hubbardston, MA 01452 | | | Mortgage<br>354B Great Road and Skyline Drive, Acton, MA<br><br>VALUE $6,000,000.00 | | | | 3,127,876.00 | 3,127,876.00 |
| ACCOUNT NO.<br>Peabody Family Investments, LLC<br>PO Box 434<br>Bolton, MA 01740 | | | Mortgage<br>354B Great Road and Skyline Drive, Acton, MA<br><br>VALUE $6,000,000.00 | | | | 1,114,000.00 | 1,114,000.00 |
| ACCOUNT NO.<br>Philip M. Miller, Jr.<br>PO Box 726<br>Falmouth, MA 02541 | | | Mortgage<br>354B Great Road and Skyline Drive, Acton, MA<br><br>VALUE $6,000,000.00 | | | | 625,576.00 | 625,576.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)    $ 5,680,206.00    $ 5,680,206.00

Total ▶
(Use only on last page)    $    $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **QR Properties, LLC** , Case No. **10-45514**
Debtor (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Town of Acton<br>Office of the Tax Collector<br>472 Main Street<br>Acton, MA 01720 | | | Statutory Lien<br>354B Great Road and Skyline Drive, Acton, MA<br><br>VALUE $6,000,000.00 | | | | 114,344.45 | 0.00 |
| ACCOUNT NO.<br>Webster Bank, N.A.<br>One First Fed Park<br>Swansea, MA 02777<br><br>Stephen A. Izzi<br>Moses & Afonzo Ltd<br>150 Westminster Street, Suite 400<br>Providence, RI 02903 | | X | Mortgage<br>354B Great Road and Skyline Drive, Acton, MA<br><br>VALUE $6,000,000.00 | | | | 7,550,000.00 | 1,664,344.45 |
| ACCOUNT NO.<br>William B McPherson III<br>50 Bay Point Path<br>Marshfield, MA 02050 | | | Mortgage<br>354B Great Road and Skyline Drive, Acton, MA<br><br>VALUE $6,000,000.00 | | | | 635,000.00 | 635,000.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal >
(Total of this page)   $ 8,299,344.45  $ 2,299,344.45

Total >
(Use only on last page)   $ 19,415,924.45  $ 3,415,924.45

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  QR Properties, LLC
_____
            Debtor

Case No.  10-45514
                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> continuation sheets attached

In re  QR Properties, LLC , Case No. 10-45514 (If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | | Notice purposes | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>MA Dept of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 | | | Notice Purposes | | | | 0.00 | 0.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)  $ 0.00   $ 0.00   $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 0.00   $ 0.00

B6F (Official Form 6F) (12/07)

In re **QR Properties, LLC**
_____,
Debtor

Case No. **10-45514**_____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |

<u>0</u>  Continuation sheets attached



Subtotal > $ 0.00

Total > $ 0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: **QR Properties, LLC** , Case No. 10-45514
    Debtor                                                            (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| QR Members, LLC<br>Attn LLC Manager<br>354B Great Road, Skyline Drive<br>Acton, MA 01720<br><br>Christopher C. Tsouros, Esq<br>Posternak Blankstein Lund<br>800 Boylston Street<br>Boston, MA 02199 | Lease of Golf Course |

B6H (Official Form 6H) (12/07)

In re: QR Properties, LLC    Case No. 10-45514
_____    _____
Debtor    (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| A. Peter Anderson<br>815 Depot Road<br>Boxborough, MA 01719<br><br>Peabody Family, LLC<br>178 Great Road<br>Acton, MA 01720<br><br>Quail Ridge Country Club, LLC<br>354B Great Road<br>Acton, MA 01720<br><br>Ronald B. Peabody<br>PO Box 434<br>Bolton, MA 01740 | Webster Bank, N.A.<br>One First Fed Park<br>Swansea, MA 02777 |

UNITED STATES BANKRUPTCY COURT
District of Massachusetts

In re: QR Properties, LLC

Case No. 10-45514

Chapter 11

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing: $ 1.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income: $ 0.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor)     $   0.00
4. Payroll Taxes                                    0.00
5. Unemployment Taxes                               0.00
6. Worker's Compensation                            0.00
7. Other Taxes                                      0.00
8. Inventory Purchases (Including raw materials)    0.00
9. Purchase of Feed/Fertilizer/Seed/Spray           0.00
10. Rent (Other than debtor's principal residence)  0.00
11. Utilities                                       0.00
12. Office Expenses and Supplies                    0.00
13. Repairs and Maintenance                         0.00
14. Vehicle Expenses                                0.00
15. Travel and Entertainment                        0.00
16. Equipment Rental and Leases                     0.00
17. Legal/Accounting/Other Professional Fees        0.00
18. Insurance                                       0.00
19. Employee Benefits (e.g., pension, medical, etc.) 0.00
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

    **None**

21. Other (Specify):

    **None**

22. Total Monthly Expenses (Add items 3 - 21)     $ 0.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ 0.00

In re  QR Properties, LLC                                           Case No. 10-45514
                        Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **M.F. Rolla**, the **Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  Nov. 18, 2010             Signature:  /s/M. F. Rolla
                                            **M.F. Rolla Manager**
                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*