## UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** QR Properties, LLC          **Case Number:** 10-45514      (MSH)      **Ch:** 11

#47   Debtor's Motion For Authority To Incur Secured Debtor, To Enter Into Postpetition Financing Arrangement, And To Grant Liens Pursuant To Bankruptcy Code Section 364(d) and #52 Objection of Webster Bank, NA.

**COURT ACTION:**

Show Cause Order          _____ Released          _____ Enforced

_____ Granted          _____ Approved          _____ Moot

__✔__ Denied          _____ Denied without prejudice

_____ Withdrawn in Open Court

_____ Sustained          _____ Overruled

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_____     Dated: 03/31/2011

Melvin S. Hoffman
United States Bankruptcy Judge