UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>QR Properties, LLC<br><br>　　　　　　　　Debtor | Chapter 11<br>Case No.   10-45514-MSH |

**CHAPTER 11 DEBTOR IN POSSESSION'S OBJECTIONS TO CLAIMS 2 (GREGORY A. HULECKI) 3 (SUSAN AND STEPHEN MULLER), 4 (PAUL R. LEWIS) 5 (PAUL G. GIOVACCHINI) 6 (KIRK WARE) 7 AND 10 (RONALD G. THOMPSON) 8 (DAVID G. ST. AMAND) 11 (JOHN J. GRANAHAN) 12 (ROBERT F. GRANAHAN) 15(SENA BISWAS AND NAOMI BISWAS) 16 (ROBERT O. BALL III) 17 (JOHN S. BOWMAN) 18 (DAVID SAPONARO) 20 (MICHAEL DUNHAM) 21(JOHN BOGAN) 22 (ERIC SCHURR) 23 (PATRICK MORLEY) 24 (RON NORDIN) 25 (WILLIAM KLOPPENBURG) 26 (ALBERT SERPA) 27 (DEBORAH REED) 28 (GREGORY C. BADGER) 29 (MIKE FITZGERALD) 30 (JAMES HELLER) 31 (JAMES POMPOSELLI) 32 (STEVE LERNER) 33 (STEVE HELLER) 34 (JERRY EATON) 35 AND 36 (CHRIS MANNING)AND 37 (PETER MANNING JR.)**

　　　　QR Properties, LLC (the "Debtor"), the debtor-in-possession in the above-captioned proceeding, hereby objects to the following claims.  As grounds for its objections, the Debtor states the following:

　　　　1.　　On November 3, 2011 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 11 of title 11 of the United States Code (the "Code")  in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

　　　　2.　　 The Debtor continues to operate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Code.

　　　　3.　　The Debtor is a Massachusetts limited liability company and is the owner of land located in Acton, Middlesex County, Massachusetts, which is shown on a Plan of Land entitled "The Residences at Quail Ridge" located at 354B Great Road and Skyline Drive, Acton,

Massachusetts, together with all easements, rights of way, sewer rights, water rights and other rights appurtenant thereto or used in connection therewith (collectively the "Premises").

4. The Premises, which contain approximately 156 acres, currently contains an 18 hole golf course.

5. On March 14, 2011, the Court entered an order granting a motion by the Debtor and establishing June 10, 2011, as the last date by which claims could be filed.

### Claims Against Quail Ridge Country Club, LLC

6. The Debtor hereby objects to the following claims:

7.

| Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| 2 | Gregory A. Hulecki | 4/6/11 | $50,000.00 |
| 3 | Susan and Stephen Muller | 4/13/11 | $50,000.00 |
| 4 | Paul R. Lewis | 4/13/11 | $75,000.00 |
| 5 | Paul G. Giovacchini | 4/20/2011 | $50,000.00 |
| 6 | Kirk Ware | 4/22/11 | $50,000.00 |
| 8 | David G. St. Amand | 5/6/11 | $50,000.00 |
| 10 | Ronald G. Thompson | 5/19/11 | $50,000.00 |
| 11 | John J. Granahan | 6/3/11 | $75,000.00 |
| 12 | Robert F. Granahan | 6/3/11 | $75,000.00 |
| 15 | Sena Biswas and Naomi Biswas | 6/3/11 | $90,000.00 |
| 16 | Robert O. Ball III | 6/6/11 | $50,000.00 |
| 17 | John S. Bowman | 6/8/11 | $90,000.00 |
| 18 | David Saponaro | 6/7/11 | $50,000.00 |
| 20 | Michael Dunham | 6/7/11 | $75,000.00 |
| 21 | John Bogan | 6/9/11 | $75,000.00 |
| 22 | Eric Schurr | 6/9/11 | $50,000.00 |
| 23 | Patrick Morley | 6/9/11 | $85,000.00 |
| 24 | Ron Nordin | 6/9/11 | $75,000.00 |
| 25 | William Kloppenburg | 6/9/11 | $50,000.00 |
| 26 | Albert Serpa | 6/10/11 | $75,000.00 |

| 27 | Deborah Reed | 6/10/11 | $75,000.00 |
|----|--------------|---------|------------|
| 28 | Gregory C. Badger | 6/10/11 | $65.000.00 |
| 29 | Mike Fitzgerald | 6/9/11 | $50,000.00 |
| 30 | James Heller | 6/9/11 | $65,000.00 |
| 31 | James Pomposelli | 6/9/11 | $50,000.00 |
| 32 | Steve Lerner | 6/9/11 | $65,000.00 |
| 33 | Steve Heller | 6/10/11 | $65,000.00 |
| 34 | Jerry Eaton | 6/9/11 | $50,000.00 |
| 36 | Chris Manning | 6/9/11 | $50,000.00 |
| 37 | Peter Manning Sr.[1] | 6/9/11 | $50,000.00 |

(collectively, the "Quail Ridge Country Club Claims")."

8. Each of the Quail Ridge Country Club Claims is based upon subscription agreements between the claimant and Quail Ridge Country Club, LLC and membership deposits paid by the claimants to Quail Ridge Country Club, LLC.

9. Quail Ridge Country Club, LLC is a Massachusetts limited liability company and the former owner of the Premises.

10. The Debtor is not a party to any of the subscription agreements or any other agreements with the claimants.

11. The Debtor did not receive any membership deposits from any of the claimants or from Quail Ridge Country Club, LLC on behalf of any of the claimants.

12. The Debtor has no obligation to any of the claimants pursuant to any subscription agreements or otherwise.

13. The Debtor therefore requests that the Court sustain its objection and disallow each of the Quail Ridge Country Club claims.

---

[1] The Court's claims register states that claim no 37 was filed by Peter Manning Jr. but the claim indicates that it is filed by Peter Manning, Sr.

**DUPLICATE CLAIMS (NO. 7, RONALD G. THOMPSON, AND NO. 35, CHRIS MANNING)**

14. On May 3, 2011, Ronald G. Thompson filed a claim, no. 7 on the Court's claims register, in the amount of $50,000.00. On May 19, 2011, Ronald G. Thompson filed a claim, no. 10 on the Court's claims register, also in the amount of $50,000.00.

15. Although claim no. 10 does not indicate that it was intended to amend or supersede claim no. 7, claim no. 7 appears to be based upon the same subscription agreement, deposit and other circumstances as claim no. 10 and to be a duplicate of claim no. 10.

16. The Debtor objects to claim no. 7 as being a duplicate of claim no. 10 and requests that the Court sustain its objection and disallow claim no. 7.

17. On June 9, Chris Manning filed a claim, no. 35 on the Court's claims register, in the amount of $50,000.00.[2] On June 9, 2011, Chris Manning filed a second claim, no. 36 on the Court's claims register, also in the amount of $50,000.00.

18. Although claim no. 36 does not indicate that it was intended to amend or supersede claim no. 35, claim no. 36 appears to be based upon the same subscription agreement, deposit and other circumstances as claim no. 35 and to be a duplicate of claim no 35.

19. The Debtor objects to claim no. 35 as being a duplicate of claim no. 36 and requests that the Court sustain its objection and disallow claim no. 35.

        QR PROPERTIES, LLC
        By its attorneys,

        /s/
        Joseph G. Butler (BBO # 544284)

---

[2] The Claims Register indicates that claim no 35 was filed by Peter Manning, Jr. but claim no. 35 and the supporting documents to the claim both indicate that it was filed by Chris Manning.

                                        Barron & Stadfeld, PC
                                        100 Cambridge Street
                                        Boston, MA 02114
                                        (617) 723-9800
                                        jgb@barronstad.com

Dated: September  , 2011

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| QR Properties, LLC | Chapter 11 |
| Debtor | Case No.  10-45514-MSH |

**CERTIFICATE OF SERVICE**

I,  , of Barron & Stadfeld, P.C., do hereby certify that on  , 2011, I served a copy of the  Objection to Claims   on the persons on the attached service list by causing a copy of same to be mailed by first class mail, postage prepaid or as otherwise indicated on the service list.

Signed under the penalties of perjury , 2011.                              .

/s
_____

Service List
QR Properties, LLC Case No. 10-45514-MSH

Via ECF

- Thomas O. Bean    tbean@verrilldana.com

- Molly Donohue    molly.h.donohue@irscounsel.treas.gov,
  Janet.F.Appel@irscounsel.treas.gov;bankruptcy.boston@irscounsel.treas.gov

- Cynthia B. Hartman    chartman@gmo-law.com

- Stephen Izzi    sizzi@mosesafonso.com

- Mark B. Johnson    mark@jbllclaw.com

- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV

- Jason Webber    jaw@natgolaw.com

- Brian K. Wells    bkwells@rkmc.com

Via First Class Mail

QR Properties, LLC
32 Sandy Pine Road
Templeton, MA  01468

Town of Acton
Office of the Tax Collector
472 Main Street
Acton, MA  01720

A. Peter Anderson
815 Depot Road
Boxborough, MA 01719

Brie Consulting Corp
c/oRonayneHackling&Rolla
441 Sawmill River Road
Yonkers, NY 10701

Craig Palmer
8 Franklin Place
Acton, MA 01720

Gloria W. Palmer, Trustee

Palmer Family Trust
352 Great Road
Acton, MA 01720

John L. Spencer
40 Lewis Farm Road
Duxbury, MA 02332

Lia Grasso
PO Box 454
Waccabuc, NY 10597

MA Dept of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Mario F. Rolla
7 Thompson Road
Hubbardston, MA 01452

Peabody Family Investments
PO Box 434

Bolton, MA 01740

Peabody Family, LLC
178 Great Road
Acton, MA 01720

Quail Ridge Country Club, LLC
354B Great Road
Acton, MA 01720

Ronald B. Peabody
PO Box 434
Bolton, MA 01740

William B McPherson III
50 Bay Point Path
Marshfield, MA 02050

QR Members LLC
Attn LLC Manager
354B Great Road and Skyline Drive
Acton, MA 01720

Christopher C. Tsouros
Posternak Blankstein Lund
800 Boylston Street
Boston, MA 02199

Gregory A. Hulecki
76 Washington Drive
Acton, MA 01720

Susan and Stephen Muller
3 Concord Place
Acton, MA 01720

Paul R. Lewis
75 Channing Rd.
Concord, MA 01742

Paul G. Giovacchini
52 Stonymeade Way
Acton, MA 01720

Kirk Ware
5 Granada Drive

Westford, MA 01886

Ronald G. Thompson
1177 Monument St.
Concord, MA 01742

David G. St. Amand
354 Burroughs Rd.
Boxborough, MA 01719

Town of Acton
Office of Tax Collector
472 Main street
Acton, MA 01720

John J. Granahan
c/o Ella Shenhav, Esq.
Mintz Levin
One Financial Center
Boston, MA 02111

Robert F. Granahan
c/o Ella Shenhav, Esq.
Mintz Levin
One Financial Center
Boston, MA 02111

Graham & Harsip PC
Steven R. Graham, Esq.
Graham & Graham, PC
6 School St.
Acton, MA 01720

Sena Biswas, Naomi Biswas
17 Battle Flagg Rd.
Bedford, MA 01730

Robert O. Ball III
1796 W. Wesley Rd. NW
Atlanta, GA 30327

John S. Bowman
c/o Andrew J. Gallo Esq.
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110

David Saponaro
54 Stoneymeade Way
Acton, MA 01720

Michael Dunham
39 Garfield Rd.
Concord, MA 01742

John Bogan
c/o Jason A. Webber
Nathanson & Goldberg PC
2 Atlantic Ave, 5th Floor
Boston, MA 02110

Eric Schurr
c/o Jason A. Webber, Esq.
Nathanson & Goldberg PC
2 Atlantic Ave., 5th Floor
Boston, MA 02110

Patrick Morley
c/o Jason A. Webber, Esq.
Nathanson & Goldberg PC
2 Atlantic Ave., 5th Floor
Boston, MA 02110

Ron Nordin
c/o Jason A. Webber, Esq.
Nathanson & Goldberg, PC
2 Atlantic Ave., 5th Floor
Boston, MA 02110

William Kloppenburg
8 Proctor St.
Acton, MA 01720

Albert Serpa
c/o Masterman Culbert & Tully
Attn Paul J. McNamara
One Lewis Wharf
Boston, MA 02110

Deborah Reed
c/o Robins Kaplan Miller Ciresi
Attn Brian Wells
800 Boylston Street
Boston, MA 02199-7080

Gregory C. Badger
16 Calumet Rd.
Winchester, MA 01890

Mike Fitzgerald
c/o Ronald Dunbar, Jr.
Dunbar Law PC
197 Portland St., 5th Fl.
Boston, MA 02114

James Heller
c/o Ronald Dunbar, JR.
Dunbar Law PC
197 Portland St., 5th Fl.
Boston, MA 02114

James Pomposelli
c/o Ronald Dunbar, Jr.
Dunbar Law PC
197 Portland St., 5th Fl.
Boston, MA 02114

Steve Lerner
c/o Ronald Dunbar, Jr.
Dunbar Law PC
197 Portland St., 5th Fl.
Boston, MA 02114

Steve Heller
c/o Ronald Dunbar, Jr.
Dunbar Law PC
197 Portland St., 5th Fl.
Boston, MA 02114

Jerry Eaton
c/o Ronald Dunbar, Jr.
Dunbar Law PC
197 Portland St., 5th fl.
Boston, MA 02114

Peter Manning Sr.
c/o Ronald Dunbar Jr.
Dunbar Law PC

197 Portland St., 5th Fl.
Boston, MA 02114

Chris Manning
c/o Ronald Dunbar, Jr.
Dunbar Law PC
197 Portland St., 5th Fl.
Boston, MA 02114

Peter Manning Jr.
c/o Ronald Dunbar Jr.
Dunbar Law PC
197 Portland St., 5th Fl.
Boston, MA 02114