# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** QR Properties, LLC          **Case Number:** 10-45514    (MSH)    **Ch:** 11

Confirmation Hearing on #77 Second Amended Plan of Reorganization Of QR Properties, LLC Dated July 12, 2011

**COURT ACTION:**

_____ Show Cause Order          _____ Released          _____ Enforced
_____ Granted                   _____ Approved          _____ Moot
_____ Denied                    _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained                 _____ Overruled
✔ Continued to    OCTOBER 12, 2011 AT 9:00 A.M.
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_____   Dated: 09/08/2011

Melvin S. Hoffman
United States Bankruptcy Judge