# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** QR Properties, LLC  **Case Number:** 10-45514  (MSH)  **Ch:** 11

Confirmation Hearing on #77 Second Amended Plan of Reorganization Of QR Properties, LLC Dated July 12, 2011

**COURT ACTION:**

- _____ Show Cause Order    _____ Released    _____ Enforced
- _____ Granted    _____ Approved    _____ Moot
- _____ Denied    _____ Denied without prejudice
- _____ Withdrawn in Open Court
- _____ Sustained    _____ Overruled
- ✔ Continued to   DATE OF SALE.
- _____ Proposed Order Submitted by_____
- _____ Stipulation to be Submitted by_____
- _____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 10/12/2011

Melvin S. Hoffman
United States Bankruptcy Judge