# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** QR Properties, LLC     **Case Number:** 10-45514     (MSH)     **Ch:** 11

#103    Debtor's Motion For (1) Approval Of 'BreakUp Fee' And 'Overbid Protection' And (2) Approval Of Form Of Notice Of Sale And Procedure With Respect To Debtor's Motion For Order Authorizing And Approving Private Sale Of Real Property ('The Residences At Quail Ridge' Located At 354B Great Road And Skyline Drive, Acton, MA) To Pulte Homes Of New England, LLC

**COURT ACTION:**

_____ Show Cause Order        _____ Released              _____ Enforced
_____ Granted                 _____ Approved              _____ Moot
_____ Denied                  _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained               _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

MOTION APPROVED, HOWEVER, THE OVERBID AMOUNT IS REDUCED FROM $867,500 TO $735,000.00.

SALE HEARING IS SCHEDULED FOR NOVEMBER 30, 2011 AT 2:00 P.M.    OBJECTIONS AND OVERBIDS DUE NO LATER THAN NOVEMBER 14, 2011 AT 4:30 P.M.


IT IS SO ORDERED:

_____ Dated: 10/19/2011

Melvin S. Hoffman
United States Bankruptcy Judge